United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B.B. Apparels, Inc., d/b/a Amuse, ) | Case No.: 12-CV-03228-LHK |
| Plaintiff, ) | |
| v. ) | ORDER SUGGESTING STIPULATION |
| TRAVELERS INDEMNITY COMPANY OF ) | OF DISMISSAL |
| CONNECTICUT, ) | |
| Defendant. ) | |

On March 1, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety.  *See* ECF No. 21.  Accordingly, by April 1, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1