1   ADLESON, HESS & KELLY, APC
    RANDY M. HESS (SBN 88635)
2   CLAY A. COELHO (SBN 161205)
    577 Salmar Avenue, Second Floor
3   Campbell, California 95008
    Telephone: (408) 341-0234
4   Facsimile: (408) 341-0250
    E: rhess@ahklaw.com
5   E: ccoelho@ahklaw.com

6   Attorneys for Plaintiff,
    B.B. APPARELS, INC. dba AMUSE
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
    B.B. APPARELS, INC., dba AMUSE,        Case No. 5:12-cv-03228 LHK
11
              Plaintiffs,                  **STIPULATION TO DISMISSAL OF**
12                                         **COMPLAINT, WITH PREJUDICE**
    vs.
13
    TRAVELERS INSURANCE COMPANY OF
14  CONNECTICUT and DOES 1 to 50,
    inclusive,
15
              Defendants.
16

17

18
        Plaintiff B.B. Apparels, Inc. dba Amuse and defendant Travelers Insurance Company
19
    of Connecticut hereby stipulate to dismissal with prejudice of the complaint filed in the above-
20
    captioned matter, with each party to bear its own costs and attorneys' fees in the matter.
21
    This stipulation is by all parties and disposes of the matter in its entirety.
22

23
                                           Respectfully submitted,
24
    Dated: March 27, 2013                  ADLESON, HESS & KELLY, APC
25

26
                                           By:
27                                              RANDY M. HESS, ESQ.
                                                Attorneys for Plaintiffs
28

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2D Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-aw.com

1

2   Dated:  March 27, 2013

3

4

5

6        PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8        The Clerk shall close the file.

9   Dated:  March 28, 2013

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SEDGWICK LLP

By: _____
      BRUCE D. CELEBREZZE, ESQ.
      DEAN J. MCELROY, ESQ.
      Attorneys for Defendant

_____
Honorable Lucy H. Koh
United States District Court Judge

ADLESON, HESS &
KELLY, APC
577 SALMAR AVE., 2ND.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

Case No. 5:12-cv-03228 LHK          STIPULATION TO DISMISSAL OF COMPLAINT          Page 2