ADLESON, HESS & KELLY, APC
RANDY M. HESS (SBN 88635)
CLAY A. COELHO (SBN 161205)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
E: rhess@ahklaw.com
E: ccoelho@ahklaw.com

Attorneys for Plaintiff,
B.B. APPARELS, INC. dba AMUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B. APPARELS, INC., dba AMUSE,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS INSURANCE COMPANY OF CONNECTICUT and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 5:12-cv-03228 LHK<br><br>**STIPULATION TO DISMISSAL OF COMPLAINT, WITH PREJUDICE** |

Plaintiff B.B. Apparels, Inc. dba Amuse and defendant Travelers Insurance Company of Connecticut hereby stipulate to dismissal with prejudice of the complaint filed in the above-captioned matter, with each party to bear its own costs and attorneys' fees in the matter. This stipulation is by all parties and disposes of the matter in its entirety.

Dated: March 27, 2013

Respectfully submitted,

ADLESON, HESS & KELLY, APC

By: _____
RANDY M. HESS, ESQ.
Attorneys for Plaintiffs

```
                                          Respectfully submitted,

Dated:  March 27, 2013                    SEDGWICK LLP


                                          By: _____
                                              BRUCE D. CELEBREZZE, ESQ.
                                              DEAN J. MCELROY, ESQ.
                                              Attorneys for Defendant

     PURSUANT TO STIPULATION, IT IS SO ORDERED.


     The Clerk shall close the file.

Dated:  March 28, 2013                    _____
                                          Honorable Lucy H. Koh
                                          United States District Court Judge
```

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2D FL.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com